Taylor, Higgins, Windham & Perdue, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

48 So.2d 889

### BIRMINGHAM ELECTRIC CO. v. Eleanor Lucille GREEN.

### 6 Div. 100.

Court of Appeals of Alabama.
Oct. 10, 1950.

Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Taylor, Higgins, Windham & Perdue, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

46 So.2d 859

### Frank BISHOP v. STATE.

### 6 Div. 963.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So 2d 908

### J. E. BLACKBURN et al. v. D. U. BORDERS.

### 7 Div. 28.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

BRICKEN, Presiding Judge.

Affirmed on certificate.

51 So.2d 912

### Claud L. BOLEY v. STATE.

### 6 Div. 186.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

PER CURIAM.

Appeal dismissed.

44 So.2d 31

### William BONNER v. STATE.

### 6 Div. 817.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery with weapon.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

47 So.2d 918

### Otis BOOTHE v. STATE.

### 6 Div. 994.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Talladega County; Reuben H. Wright, Judge.

Grand larceny.

Walter G. Woods, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

49 So.2d 923

### Huey BOYD v. STATE.
### 6 Div. 114.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

44 So.2d 909

### Kelsey BOYD v. STATE.
### 8 Div. 850.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

46 So.2d 859

### Joe BOYD v. STATE.
### 6 Div. 937.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 32

### Ernest BOYETTE v. STATE.
### 6 Div. 820.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 859

### Millard BRADFORD v. STATE.
### I Div. 595.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Clarke County; Joe M. Pelham, Jr., Judge.

Carnal knowledge.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

47 So.2d 919

### J. W. BRADFORD v. STATE.
### 7 Div. 105.

Court of Appeals of Alabama.
July 12, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.